12 So.2d 400

**Doyal HYATT et al. v. J. F. OGLETREE.**

**8 Div. 209.**

Supreme Court of Alabama.

March 18, 1943.

M. F. Lusk, of Guntersville, for the petition.

Scruggs & Creel, of Guntersville, opposed.

LIVINGSTON, Justice.

Petition of Doyal Hyatt and Ludy Hyatt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hyatt et al. v. Ogletree, 12 So.2d 397.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.